**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

DANIEL PEREZ-AYALA

   Petitioner

      v.

UNITED STATES OF AMERICA

   Respondent.

Civ. No. 05-1746(PG)

(Re: Crim. No.00-333(PG))

| Re: | ORDER |
|---|---|
| Docket **# 11** – MAGISTRATE-JUDGE'S REPORT AND RECOMMENDATION | Upon careful review of the Magistrate Judge's Report and Recommendation ("R&R")--to which no objections were filed--the Court hereby **APPROVES** and **ADOPTS** the Magistrate Judge's R&R and **DENIES IN PART, GRANTS IN PART** petitioner's motion (Docket No. 1.) Accordingly, the Court shall correct petitioner's sentence to reflect a supervised release term that does not reflect upward departure. Judgment shall be entered dismissing the case. |

Date: March 1, 2006.

                                           S/JUAN M. PEREZ-GIMENEZ
                                           U.S. District Judge